# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| LIGHTING BALLAST CONTROL LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL LIGHTING TECHNOLOGIES, INC.,<br><br>Defendant. | C.A. No. 7:09-cv-00029-O |

**DECLARATION OF MICHAEL G. GIESSELMANN**

I, Michael G. Giesselmann, declare:

1. I am over the age of eighteen. I make this declaration based upon my personal knowledge, and if called upon to testify before the Court, I could and would testify competently to the truth of the matters set forth herein.

2. I am a Professor in and Chair of the Department of Electrical and Computer Engineering at Texas Tech University. I have been retained by Defendant Universal Lighting Technologies, Inc. to express an opinion on the validity of U.S. Patent 5,436,529 (the "'529 patent").

3. I have concluded that all of the asserted claims of the '529 patent are invalid for failing to meet tests for patentability set forth 35 U.S.C. §§ 102 and 103, and in particular I concluded that all asserted claims are invalid under 35 U.S.C. § 102 as anticipated by both the JP '099 reference and the JP '997 reference. The substance and bases for my opinions on invalidity are contained in my January 24, 2011 Expert Report on the Invalidity of U.S. Patent 5,436,529, including the attachments and exhibits thereto. The attachments and exhibits are incorporated by reference into my Expert Report. I hereby confirm the conclusions and opinions stated in my Expert Report, including all of the attachments and exhibits.

4. In particular, I specifically concluded in my Expert Report that JP '997 and JP '099 anticipated claims 1, 2, and 5 of the '529 patent, and in the body of my report at paragraphs 95 and 96 I specifically referred the reader to Exhibits X2 and X3 attached to my Report as claim charts identifying with specificity the teachings of JP '997 and JP '099 that anticipate each claim element.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on March 15, 2011 at Lubbock, Texas.

Michael G. Giesselmann