IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| LIGHTING BALLAST CONTROL LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:09-CV-00029-O |
| | § | |
| UNIVERSAL LIGHTING TECHNOLOGIES, INC., | § | **JURY TRIAL DEMANDED** |
| | § | |
| | § | |
| Defendant. | § | |

## JOINT REPORT ON SETTLEMENT

Pursuant to the Court's December 27, 2010 Final Scheduling Order, the parties submit the following Joint Report on Settlement.

The parties met on April 22, 2011 to discuss settlement of this case. The following persons were present:

| | |
|---|---|
| Jonathan T. Suder | Counsel for Plaintiff |
| David A. Skeels | Counsel for Plaintiff |
| Karlton Butts | Representative of Plaintiff |
| Steve Routh | Counsel for Defendant |
| David Riesmeyer | Representative of Defendant |

The parties had a frank discussion about the case and their relative positions but do not believe there is a prospect for settlement at this point.

**Dated:   April 26, 2011.**

/s/ Jonathan T. Suder
State Bar No. 19463350
David A. Skeels
State Bar No. 24041925
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334 0400
(817) 334 0401 (fax)
jts@fsclaw.com
skeels@fsclaw.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Steve Routh
Sten Jensen
Diana Szego
T. Vann Pearce, Jr.
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, DC  20005
(202) 339-8400
srouth@orrick.com
sjensen@orrick.com
dszego@orrick.com

John R. Inge
Orrick, Herrington & Sutcliffe
Izumi Garden Tower, 28F;
6-1 Roppongi 1-chome
Minato-ku, Tokyo, Japan  1066028
011 81 3 3224 2923
jinge@orrick.com

Brenda T. Cubbage
Texas Bar No. 05201300
Deborah L. Sterling
Texas Bar No. 19170950
Spencer Crain Cubbage Healy & McNamara
1201 Elm Street, Suite 4100
Dallas, Texas 75270
(214) 290-0000
(214) 290-0099 (fax)
bcubbage@spencercrain.com
dsterling@spencercrain.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of April, 2011, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, Wichita Falls Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Jonathan T. Suder