Linear Group #3 Schematic board not presented to us in jury room. We need that please