## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **LIGHTING BALLAST CONTROL, LLC,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **CIVIL ACTION NO. 7:09-CV-29-O** |
| **PHILIPS ELECTRONICS NORTH AMERICA CORP., et al.,** | § § § § | |
| **Defendants.** | § | |

### FINAL JUDGMENT

This Court has entered its Memorandum Opinion & Order **GRANTING** in part and **DENYING** in part ULT's Motion for Judgment as a Matter of Law, and **GRANTING** in part and **DENYING** in part LBC's Motion for Entry of Judgment

It is therefore **ORDERED** that the damages verdict of $3,000,000.00 stands and represents a lump-sum royalty payment.  It is further **ORDERED** that the Court awards prejudgment interest from the date of first infringement at the Texas statutory rate of 5%, compounded annually, amounting to $1,543,479.20 in interest, bringing the total award to$4,543,479.20.  It is further **ORDERED** that the Court awards post-judgment interest from the date of judgment at the rate set by 28 U.S.C. § 1961 as of the date of judgment.  It is further **ORDERED** that ULT's counter-claim for declaratory relief is hereby **DISMISSED** with prejudice pursuant to the verdict and the Court's Memorandum Opinion & Order.  It is further **ORDERED** that all other relief not specifically referenced herein, and all pending motions, are hereby **DENIED** and **DISMISSED** pursuant to this Final Judgment.

**SO ORDERED** on this **25th day** of **August, 2011**.