**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| LIGHTING BALLAST CONTROL LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNIVERSAL LIGHTING TECHNOLOGIES, )<br>INC., )<br>)<br>Defendant. ) | C.A. No. 7:09-cv-00029-O |

## NOTICE OF APPEAL

Please take notice that Defendant Universal Lighting Technologies, Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered by this Court on August 26, 2011, in the above-captioned civil action (ECF No. 256), including but not limited to the Court's August 26, 2011 Memorandum Opinion & Order on judgment (ECF No. 255), the Court's May 4, 2011 Summary Judgment Order (ECF No. 172), the Court's May 25, 2011 Order on summary judgment issues (ECF No. 187), and the Court's December 2, 2011 Amended Memorandum Opinion and Order on claim construction (ECF No. 107), and all other rulings and verdicts embodied in the Final Judgment.

Defendant respectfully requests that the District Court Clerk's Office prepare the record of this action for transmission to the Court of Appeals at the earliest practical date so that the parties can move forward expeditiously with an appeal to the Federal Circuit.

Dated:  September 12, 2011	Respectfully submitted,

/s/ Deborah L. Sterling
Deborah L. Sterling (Texas Bar No. 19170950)
Brenda T. Cubbage (Texas Bar No. 05201300)
**SPENCER CRAIN CUBBAGE**
**HEALY & MCNAMARA, PLLC**
1201 Elm Street, Suite 4100
Dallas, Texas 75270
Telephone: (214) 290-0000
Facsimile: (214) 290-0099

Steven J. Routh
Diana M. Szego
T. Vann Pearce, Jr.
**Orrick, Herrington & Sutcliffe, LLP**
1152 15th Street, NW
Washington, DC 20005-1706
Telephone: (202) 339-8400
Facsimile:  (202)  339-8500

John R. Inge
jinge@orrick.com
**Orrick, Herrington & Sutcliffe LLP**
Izumi Garden Tower, 28th Floor
6-1 Roppongi 1-chome
Minato-ku, Tokyo 106-6028, Japan
Telephone: +81-3-3224-2900
Facsimile: +81-3-3224-2901

*Attorneys for Defendant*
*Universal Lighting Technologies, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 12, 2011, a copy of the foregoing instrument has been served on all counsel listed below via electronic means.

/s/ Deborah L. Sterling

**Jonathan T. Suder** (jts@fsclaw.com)
**David A. Skeels** (skeels@fsclaw.com)
**Friedman, Suder & Cooke**
Tindall Square Warehouse No. 1
604 E. 4th Street, Suite 2002
Fort Worth, TX  76102

*Counsel for Plaintiff Lighting Ballast Control LLC*